**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TELINIT TECHNOLOGIES, LLC,**<br><br>  **Plaintiff,**<br><br>v.<br><br>**MICROSOFT CORPORATION;<br>SKYPE COMMUNICATIONS S.A.R.L.;<br>and SKYPE INC.,**<br><br>  **Defendants.** | Civil Action No. 2:12-CV-662-JRG-RSP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and among Plaintiff Telinit Technologies, LLC, and Defendants Microsoft Corporation, Skype Communications S.a. r.l., and Skype Inc. (referred to collectively at the "Parties"), through their respective counsel of record and subject to the approval of the Court, that:

(1)   All claims of Telinit Technologies, LLC raised in the Complaint shall be dismissed with prejudice as to Microsoft Corporation, Skype Communications S.a. r.l., and Skype Inc.;

(2)   The Parties shall bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

Dated:  February 28, 2013                      TELINIT TECHNOLOGIES, LLC


                                      By:  */s/ Eugenio J. Torres-Oyola*
                                              *(with permission by Jonathan J.*
                                              *Lamberson)*
                                              Eugenio J. Torres-Oyola
                                              USDC No. 215505
                                              (email: etorres@ferraiuoli.com)
                                              FERRAIUOLI LLC
                                              221 Plaza, 5th Floor
                                              221 Ponce de León Avenue
                                              San Juan, PR 00917
                                              Telephone: (787) 766-7000
                                              Facsimile: (787) 766-7001

                                            Attorneys for Plaintiff
                                            TELENIT TECHNOLOGIES, LLC


/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  February 28, 2013 | FISH & RICHARDSON P.C. |

                                                By: */s/ Jonathan J. Lamberson*
                                                   Ruffin C. Cordell
                                                   Texas Bar No. 04820550
                                                 (e-mail: cordell@fr.com)
                                                 FISH & RICHARDSON P.C.
                                                 1425 K Street, 11th Floor
                                                 Washington, DC 20005
                                                 Telephone:  (202) 783-5070
                                                 Facsimile:  (202) 783-2331

                                                 Kurt L. Glitzenstein
                                                 (e-mail: glitzenstein@fr.com)
                                                 FISH & RICHARDSON P.C.
                                                 One Marina Park Drive
                                                 Boston, MA 02110
                                                 Telephone:  (617) 542-5070
                                                 Facsimile:  (617) 542-8906

                                               Jonathan J. Lamberson
                                               (e-mail: lamberson@fr.com)
                                               FISH & RICHARDSON P.C.
                                               500 Arguello Street, Ste. 500
                                               Redwood City, CA 94063
                                               Telephone:  (650) 839-5070
                                               Facsimile:  (650) 839-5071

                                       Counsel for Defendants
                                       MICROSOFT CORPORATION;
                                       SKYPE COMMUNICATIONS S.A.R.L.;
                                       and SKYPE INC.

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF CONSENT**

I, Jonathan J. Lamberson, hereby attest:

1.  Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

2.  I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to the Local Rules of this Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on February 28, 2013.

> */s/ Jonathan J. Lamberson*
> Jonathan J. Lamberson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 28, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>	*/s/ Jonathan J. Lamberson*
>	Jonathan J. Lamberson

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and that all parties are in agreement to the relief requested.

Dated: February 28, 2013	*/s/ Jonathan J. Lamberson*
	Jonathan J. Lamberson