IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TELINIT TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**MICROSOFT CORPORATION;**<br>**SKYPE COMMUNICATIONS S.A.R.L.;**<br>**and SKYPE INC.,**<br><br>    **Defendants.** | Civil Action No. 2:12-CV-662-JRG-RSP |

## ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE

Came on for consideration the Stipulation of Dismissal With Prejudice, made by and between Plaintiff Telinit Technologies, LLC, and Defendants Microsoft Corporation, Skype Communications S.a. r.l., and Skype Inc. (referred to collectively at the "Parties").  Pursuant to the Parties' stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1)     All claims of Telinit Technologies, LLC raised in the Complaint shall be dismissed with prejudice as to Microsoft Corporation, Skype Communications S.a. r.l., and Skype Inc.;

(2)     The Parties shall bear their own costs and attorneys' fees.

**SIGNED this 1st day of April, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE